# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAMES V. SMITH,

    Petitioner,

v.                               Case No: 8:13-cv-1817-T-30AEP

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS and
ATTORNEY GENERAL, STATE OF
FLORIDA,

    Respondents.

## ORDER

THIS CAUSE comes before the Court upon the 28 U.S.C. § 2254 petition of James V. Smith (Dkt. #1). The Secretary of the Department of Corrections has filed a Limited Response (Dkt. #11) contending the petition is unexhausted, and Smith has replied (Dkt. #14). Upon review, the Court concludes that the petition is unexhausted and due to be dismissed without prejudice.

Smith acknowledges in his petition that he has not yet exhausted his state remedies. He states:

> I am currently engaged in exhausting state remedies. I am filing this now to preserve the ability on a federal level.

Petition (Dkt. #1), p. 5.

Respondent points out that Smith presently has a motion for post-conviction relief pending in state court. Therefore, none of the claims in the 2254 petition before this Court

have been exhausted. This Court is barred from reaching the merits of a state prisoner's federal habeas petition until that petitioner has exhausted his state remedies. *Siebert v. Allen*, 455 F.3d 1269, 1271 (11th Cir. 2006). In his Reply, Smith again acknowledges that his federal claims are unexhausted and requests that he be allowed to withdraw his petition.

The Court concludes that Smith's claims are presently unexhausted and must be dismissed.

It is therefore ORDERED AND ADJUDGED that:

1. Petitioner's 28 U.S.C. § 2254 petition is dismissed without prejudice.
2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29thday of May, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-1817 order 2254.docx